No. 90–7171.   TAMAYO *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–7175.   KOULIZOS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 90–7176.   LILLY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–7178.   NOLAN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–7181.   EDWARDS *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 90–7182.   REYNOLDS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–7188.   ALVARADO-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 90–7191.   BURNS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 90–7192.   WHIGHAM *v.* FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 90–7207.   MCCLINTON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–7208.   GARCIA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7211.   MCCLURE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–7220.   POWELL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–968.   NORTH CAROLINA *v.* MCNEIL.   Sup. Ct. N. C. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.